**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DR. XIMENA P GALARZA-RIOS, MD,

      Plaintiff,

v.                                                                    No. CV 20-813 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

      **THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference

and the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 9), filed

October 6, 2020. The Court adopts the *Joint Status Report and Provisional Discovery*

*Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 11).

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE