IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.   No. CV 20-813 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

    Defendant.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the telephonic status conference scheduled for **Thursday, December 10, 2020, at 2:30 p.m.**, is **VACATED**. The Court will reset the status conference at a later date.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report addressing the status of Plaintiff's Motion to Consolidate, the status of discovery, and whether the parties are in a position to fruitfully participate in a settlement conference by **January 11, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE