IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.                                                                                No. CV 20-813 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

    Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE TO SUBMIT JOINT STATUS REPORT**

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension to File Joint Status Report* (the "Motion"), (Doc. 23), filed January 14, 2021. In the Motion, the parties request an extension to January 19, 2021, to file a joint status report pursuant to the Court's *Order Vacating Telephonic Status Conference*, (Doc. 19). *Id.* at 1. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit a joint status report addressing the status of Plaintiff's *Motion to Consolidate*, (Doc. 16), the status of discovery, and whether the parties are in a position to fruitfully participate in a settlement conference **by January 19, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE