**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DR. XIMENA P GALARZA-RIOS, MD,

      Plaintiff,

v.                                          No. CV 20-813 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

      Defendant.

## ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on Defendant's *Second Unopposed Motion to Extend Time to File a Motion to Compel Deadline* (the "Motion"), (Doc. 30), filed February 16, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until February 23, 2021, to file a motion to compel discovery responses to Defendant's first set of interrogatories and request for production.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE