# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.                                                       No. CV 20-813 WJ/CG
                                                         consolidated with
                                                         No. CV 20-900 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

    Defendants.

## ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **June 21, 2021, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE