**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.                                                        No. CV 20-813 WJ/CG
                                                          consolidated with
                                                          No. CV 20-900 WJ/CG

OPTUMCARE NEW MEXICO, LLC,

    Defendants.

**ORDER VACATING PRE-SETTLEMENT AND SETTLEMENT CONFERENCES**

**THIS MATTER** is before the Court upon conferring with counsel. A settlement conference will not be fruitful at this time.

**IT IS THEREFORE ORDERED** that the Telephonic Pre-Settlement Conference set for **June 21, 2021, at 1:30 p.m.**, and the Zoom Settlement Conference set for **June 28, 2021, at 9:00 a.m.**, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE