# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.                                                                                     No. CV 20-813 WJ/CG
                                                                                      consolidated with
                                                                                      No. CV 20-900 WJ/CG

OPTUMCARE NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**THIS MATTER** is before the Court on the unopposed *Motion for Withdrawal and Notice of Substitution of Counsel* (the "Motion"), (Doc. 46), filed by Defendants' counsel on October 11, 2021. In the Motion, Defendants' counsel asks to withdraw from this case, explaining that Defendants consents to the withdrawal, and that Defendants have retained another law firm to represent them. *Id.* at 1. The Court, having reviewed the Motion, noting that it is unopposed and that it complies with District of New Mexico Local Rule 83.8, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Holland & Hart LLP (Little V. West, Judd C. West, and Kaitlyn Luck) is withdrawn as counsel for Defendants OptumCare New Mexico, LLC and OptumCare Management, LLC. Brownstein Hyatt Farber Schreck, LLP (Eric R. Burris) shall appear and be substituted as counsel of record for Defendants OptumCare New Mexico, LLC and OptumCare Management, LLC.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE