# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

    Plaintiff,

v.                                       No. CV 20-813 MIS/CG
                                            consolidated with
                                            No. CV 20-900 WJ/CG

OPTUMCARE NEW MEXICO, LLC, et al.,

    Defendants.

## ORDER FOR A JOINT STATUS REPORT

**THIS MATTER** is before the Court sua sponte. **IT IS HEREBY ORDERED** that the parties shall meet and confer and submit to the Court by no later than **December 10, 2021**, a joint status report addressing the current status of discovery and of this litigation generally.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE