## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA P GALARZA-RIOS, MD,

       Plaintiff,

v.                                                             No. CV 20-813 MIS/CG

OPTUMCARE NEW MEXICO, LLC,

       Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Modify Certain Pretrial Deadlines and to Extend Time for Motion to Compel* (the "Motion"), (Doc. 72), filed July 8, 2022. In the Motion, the parties request a 90-day extension of all discovery deadlines, explaining that they "are currently conferring to attempt to resolve certain discovery disputes and are also discussing potential settlement." (Doc. 72 at 1). The parties also request that the Court extend the time for Plaintiff to file a motion to compel. *Id.* The Court, having reviewed the Motion, noting that it is filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling order shall be modified as follows:

1. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **September 21, 2022**;

2. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **October 20, 2022**;

3. Discovery shall terminate by **December 19, 2022**;

4. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **January 9, 2023**;

5. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by[1] **January 19, 2023**.

6. Plaintiff shall have until **August 15, 2022**, to file a discovery motion relating to Defendant's discovery responses served May 3, 2022.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.