## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA GALARZA-RIOS, MD,

    Plaintiff,

v.                                            Case No. 1:20-CV-00813 MIS/GBW
                                                     consolidated with

OPTUMCARE NEW MEXICO, LLC,             1:20-CV-00900 MIS/DLM
and OPTUMCARE MANAGEMENT, LLC

    Defendants.

### STIPULATED ORDER GRANTING JOINT
### MOTION TO STAY PROCEEDINGS

THIS MATTER having come before the Court on the parties' Joint Motion to Stay Proceedings ("Motion"), and the Court having reviewed the Motion, reviewed the Court file, and otherwise being fully advised in the premises,

FINDS the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the matter is hereby stayed pending completion of a settlement conference. If this matter does not settle within sixty (60) days of the date of this Order, the parties shall promptly request a status conference to re-establish any remaining pretrial deadlines necessary to bring this matter to trial or otherwise resolve it on the merits. Responses to pending dispositive motions shall be filed within two (2) weeks of the stay being lifted.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By */s/ Eric R. Burris*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone: 505.244.0770
    Facsimile: 505.244.9266
    Email: eburris@bhfs.com; rnandy@bhfs.com

*Attorneys for OptumCare Management, LLC*

APPROVED BY:

JACKSON LOMAN STANFORD & DOWNEY, P.C.

By */s/ Electronically approved 05/09/2023*
    Travis G. Jackson
    Sarah K. Downey
    Dyea Reynolds
    201 Third Street NW, Suite 1500
    Albuquerque, NM 87102
    Telephone: 505.767.0577
    Email: travis@jacksonlomanlaw.com; sarah@jacksonlomanlaw.com; dyea@jacksonlomanlaw.com

*Attorneys for Dr. Ximena P. Galarza-Rios*

25633530.1