IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. XIMENA GALARZA-RIOS, MD,

    Plaintiff,

v.                                                Case No. 1:20-CV-00813 MIS/GBW
                                                    consolidated with
OPTUMCARE NEW MEXICO, LLC,                1:20-CV-00900 MIS/DLM
and OPTUMCARE MANAGEMENT, LLC,

    Defendants.

**STIPULATED ORDER GRANTING JOINT
MOTION TO EXTEND STAY OF PROCEEDINGS**

    THIS MATTER having come before the Court on the parties' Joint Motion to Extend Stay of Proceedings Pending Outcome of Settlement Negotiations ("Motion"), and the Court having read the Motion, reviewed the Court file, and otherwise being fully advised in the premises,

    FINDS the Motion is well-taken and should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the matter is hereby stayed through July 24, 2023. Responses to pending dispositive motions shall be filed within two (2) weeks of the stay being lifted. If the matter does not resolve, the parties shall request a status conference to discuss any remaining deadlines which need to be reset.

                                                                _____
                                                                **MARGARET STRICKLAND**
                                                                UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By */s/ Eric R. Burris*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone: 505.244.0770
    Facsimile: 505.244.9266
    Email: eburris@bhfs.com; rnandy@bhfs.com

*Attorneys for OptumCare Management, LLC*

APPROVED BY:

JACKSON LOMAN STANFORD & DOWNEY, P.C.

By */s/ Electronically approved 07/06/2023*
    Travis G. Jackson
    Sarah K. Downey
    Dyea Reynolds
    201 Third Street NW, Suite 1500
    Albuquerque, NM 87102
    Telephone: 505.767.0577
    Email: travis@jacksonlomanlaw.com; sarah@jacksonlomanlaw.com; dyea@jacksonlomanlaw.com

*Attorneys for Dr. Ximena P. Galarza-Rios*

25820557